

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00069-CV

In the Matter of the Marriage of Saba A. Rizvi and Masi Khaja
and In the Interest of D.K. and A.K., Children

On Appeal from the
201st District Court of Travis County, Texas
Trial Court Cause No. D-1-FM-21-007516

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed and rendered in part. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED AND RENDERED IN PART. Costs of the appeal are adjudged fifty percent against appellant and against appellee.

We further order this decision certified below for observance.

December 30, 2025